IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ANDRE FRAGHER, | * | |
| Petitioner, | * | |
| v. | * | Case No. 5:26-cv-367-MTT-AGH |
| WASHINGTON COUNTY STATE COURT SANDERSVILLE, *et al.*, | * | |
| Respondents. | * | |

## **J U D G M E N T**

Pursuant to this Court's Orders dated November 19, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 20th day of November, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk